United States District Court
**WESTERN DISTRICT OF TENNESSEE**

**JUDGMENT IN A CIVIL CASE**

MAURICE BURKS,

    Plaintiff,

                                                   CASE NUMBER: 16-2110-JDT-cgc

LEE COFFEE,
A CRIMINAL COURT JUDGE
FOR THE 7TH DIVISION OF THE
THIRTIETH JUDICIAL DISTRICT
OF TENNESSEE, IN SHELBY COUNTY,

    Defendants,

    **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 3/20/2017, the Court DISMISSES Burks's complaint for failure to state a claim on which relief can be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1). Leave to amend is DENIED. Burk's motion to appoint counsel (ECF No. 18) is DENIED as moot. It is also CERTIFIED, pursuant to 28 U.S.C. §1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith. The Plaintiff is instructed that if he wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in *McGore* and § 1915(a)(2) by filing an updated *in forma pauperis* affidavit and a current, certified copy of his inmate trust account for the six months immediately preceding the filing of the notice of appeal. For analysis under 28 U.S.C. § 1915(g) of future filings, if any, by Plaintiff, this is the first dismissal of one of his cases as frivolous or for failure to state a claim. This "strike" shall take effect when judgment is entered. *Coleman v. Tollefson*, 135 S. Ct. 1759, 1763-64 (2015).


**APPROVED:**

                                                                                                        s/James D. Todd
                                                                                                        JAMES D. TODD
                                                                                                        U.S. DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: s/Blair Moore**
**DEPUTY CLERK**